IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BARBARA FICKE, | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CV346 |
| | ) | |
| v. | ) | |
| | ) | |
| ACCUMA CORPORATION, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on plaintiff's motions to file a first amended complaint (Filing Nos. 13 and 14). Accordingly,

IT IS ORDERED:

1) The unopposed motion to amend (Filing No. 13) is denied as moot;

2) The unopposed motion to amend (Filing No. 14) is granted; plaintiff shall have until October 17, 2008, to file a first amended complaint.

DATED this 10th day of October, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court